UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 6:17-cr-00026-GFVT-HAI-3 |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| MICHAEL K. LANTOS, | ) | |
| | ) | |
| Defendant. | ) | |

*** *** *** ***

This matter is before the Court on United States Magistrate Judge Hanly A. Ingram's Recommended Disposition. [R. 277]. On May 12, 2025, the Probation Office informed the Court that Defendant Michael K. Lantos violated his supervised release conditions. [R. 270]. This Court referred the matter to Judge Ingram. [*Id.*] Judge Ingram, in a detailed opinion, recommended that Lantos be found guilty of the violations, imprisoned for a term of twelve months and one day, given a twenty-three (23) month term of supervised release, and be immediately enrolled in an inpatient substance abuse treatment program upon his release from prison for the first ninety days of his supervised release period. [R. 277 at 8]. Judge Ingram gave the parties fourteen (14) days to object to the decision. [*Id.* at 9]. No party has objected and the time to do so has passed. Lantos filed a signed waiver of allocution into the record. [R. 278].

Upon review, the Court is satisfied that Lantos knowingly and competently stipulated to the charged violations and that an adequate factual basis supports the stipulation as to teach essential element of the violation charged. Accordingly, the Court hereby **ORDERS** as follows:

1. Judge Ingram's Recommended Disposition **[R. 277]** is **ADOPTED** as and for the Opinion of the Court.

2. Defendant Lantos is found guilty of the violations.

3. Revocation and imprisonment for a term of **twelve (12) months and one day**.

4. Imposition of a supervised release of **twenty-three (23) months**.

5. Defendant Lantos shall be immediately enrolled in an inpatient substance abuse treatment program upon his release from prison for the first ninety days of his supervised  release period.

This 17th day of March, 2026.

Gregory F. Van Tatenhove
United States District Judge